Danning Jiang, Esq. (CA BAR No. 196985)
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
E-mail: djiang@jianglawgroup.com

Attorneys for Plaintiffs EADGEAR, INC., a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation

Martin Jacek Zurada, Esq. (CA Bar No. 218235)
VENARDI ZURADA, LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel.: (415) 637-8483
Fax: (925) 937-3905
E-mail: mzurada@vefirm.com

Attorney for Defendants RANDAL Williams, an individual; PROSPERITY FORMULA, LLC, a limited liability company; JUBIMAX, INC., a British Virgin Islands corporation; AFFILIATE PRO, Inc., a British Virgin Islands corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC., a California corporation, and GOFUNPLACES, INC., a British Virgin Islands corporation<br><br>Plaintiffs,<br><br>v.<br><br>RANDAL WILLIAMS, an individual, PROSPERITY FORMULA, LLC, a limited liability company, JUBIMAX LLC, a limited liability company, JUBIMAX, INC., a British Virgin Islands corporation, AFFILIATE PRO, INC., a British Virgin Islands corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 13-01186 JCS<br><br>**STIPULATION TO CONSOLIDATE & [PROPOSED] ORDER**<br><br>Date:        February 28, 2013<br>Time:        1:30 p.m.<br>Courtroom:   G<br>Judge:       Hon. Joseph C. Spiero |

1

STIPULATION & [PROPOSED] ORDER

The Parties in the above-entitled action submit this STIPULATION TO CONSOLIDATE & PROPOSED ORDER:

1. **Introduction**

Before the Court are two separate actions: *Williams v. eAdGear, Inc., et al.* (Case No: 3:14-cv-00504-JCS) ["the Texas Case"] and *eAdGear,Inc. v. Williams, et al.* (Case No: 3:13-cv-01186-JCS) ["the California Case"]. These cases involve the same parties and factual circumstances. In both cases, the parties are represented by the same counsel. In short, the combined cases represent a complaint and related cross-complaint. Counsel for both sides have agreed to consolidate the cases for the sake of efficiency.

2. **Brief Procedural History**

The Texas Case was initially filed on February 21, 2013 in the Western District of Texas. The California Case was initially filed on March 15, 2013. Both cases involve the same parties, factual circumstances, and in both cases the parties are represented by the same counsel.

The Texas Case was transferred to this Court on February 3, 2014. The California Case was assigned to Hon. Judge Jeffrey S. White on May 15, 2013. On February 11, 2014 the California Case was referred to Hon. Joseph C. Spiero. Now, both cases which together constitute a complaint and cross-complaint on the same set of facts, are before this Court.

3. **Stipulation to Consolidate**

The parties agree to have both actions litigated together before magistrate judge Joseph C. Spero and stipulate to consolidate this action into *Williams v. eAdGear Holdings USA Inc.* C 14-00504 JCS.

DATED: February 21, 2014                LAW OFFICES OF DANNING JIANG

                                        By:      /s/ Danning Jiang
                                                 Danning Jiang, Esq.

                                        Attorneys for Plaintiffs
                                        EADGEAR, INC., a California
                                        corporation, and GOFUNPLACES,
                                        INC., a British Virgin Islands
                                        corporation

DATED: February 21, 2014                VENARDI ZURADA, LLP

                                        By:      /s/ Martin Jacek Zurada
                                                 Martin Jacek Zurada, Esq.
                                        Attorneys for Defendants
                                        RANDAL WILLIAMS, an individual,
                                        PROSPERITY FORMULA, LLC, a
                                        limited liability company, JUBIMAX LLC,
                                        a limited liability company, JUBIMAX,
                                        INC., a British Virgin Islands corporation,
                                        AFFILIATE PRO, INC., a British Virgin
                                        Islands corporation

1 **[PROPOSED] ORDER**

The above stipulation to consolidate is <u>GRANTED.</u>

IT IS SO ORDERED.

Dated:   February 28, 2014

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*