1  Martin Jacek Zurada, Esq. (CA Bar No. 218235)
   VENARDI ZURADA, LLP
2  700 Ygnacio Valley Road, Suite 300
3  Walnut Creek, CA 94596
   Tel.: (415) 637-8483
4  Fax: (925) 937-3905
   E-mail: mzurada@vefirm.com
5
6  Attorneys for Defendants and Cross-Complainant

7
                UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
9

10 EADGEAR, INC., a California corporation,        Case No.: C 13-01186 JCS
   and GOFUNPLACES, INC., a British Virgin
11 Islands corporation                              Case No.: C 14-00504 JCS
               Plaintiffs,
12                                                  (CONSOLIDATED)
          v.
13                                                  STIPULATION FOR REQUEST FOR
   RANDAL WILLIAMS, an individual,                  VOLUNTARILY DISMISSAL WITH
14 PROSPERITY FORMULA, LLC, a limited               PREJUDICE AND [PROPOSED] ORDER
   liability company, JUBIMAX, LLC, a
15 limited liability company, JUBIMAX, INC.,
   a British Virgin Islands corporation,            Judge:      Hon. Joseph C. Spero
16 AFFILIATE PRO, INC., a British Virgin
   Islands corporation, and DOES 1 to 100,
17 inclusive,
               Defendants.
18
   AND CONSOLIDATED CROSS-ACTION
19
   RANDAL RAY WILLIAMS
20             Cross-Complainant,

21        v.

22 EADGEAR HOLDINGS USA, INC. et al.
               Cross-Defendants.
23

24      MIKE DRIGGERS, JR., on one hand, and RANDAL WILLIAMS, on the other hand,

25 entered into a Stipulation for Request for Dismissal with Prejudice and respectfully request the

26 Court to enter into a dismissal as following:

27      1.    EADGEAR, INC., GOFUNPLACES, INC. filed a Complaint in the above-

28 captioned action on or about March 15, 2013 against RANDAL WILLIAMS, PROSPERITY

                                              1

STIPULATION FOR REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1. FORMULA, LLC, JUBIMAX, LLC, JUBIMAX, INC., and AFFILIATE PRO, INC.;

2. RANDAL WILLIAMS filed a Complaint in the U.S. District Court for the Western District of Texas on or about February 21, 2013. On or about August 2, 2013, RANDAL WILLIAMS filed his Third Amended Complaint, naming defendants including EADGEAR HOLDINGS USA, INC., EADGEAR, INC., GOFUNPLACES, INC., SEEFREED TRAVEL, FRANCIS YUEN, CHARLES WANG, MIKE DRIGGERS, JR., GLEN JENSEN, LOURATA CHAN, CHILIN WU, XIN CHEN, JIMMY QI, SHERRY CHEN, and GOFUNPLACES, SRL. (hereinafter the "Western District of Texas Action");

3. RANDAL WILLIAMS has previously dismissed SEEFREED TRAVEL and GLEN JENSEN from the Western District of Texas Action. Further, RANDAL WILLIAMS moved for entry of default of judgment against GOFUNPLACES, SRL;

4. On or about February 3, 2014, the Western District of Texas Action was transferred to the U.S. District Court for the Northern District of California and this Court subsequently consolidated the Western District of Texas Action with the above-captioned action;

5. All parties have appeared and have filed answers in the above-captioned action, except EADGEAR HOLDINGS USA, INC. and GOFUNPLACES, SRL. RANDAL WILLIAMS hereby withdraws his motion for entry of default of judgment against GOFUNPLACES, SRL;

6. Some of the parties resolved their disputes amicably, leaving only the dispute between RANDAL WILLIAMS and MIKE DRIGGERS, JR., which remaining dispute has now been resolved pursuant to a written Settlement Agreement.

WHEREFORE, all parties respectfully request the Court to enter into an order to dismiss with prejudice the remaining dispute between RANDAL WILLIAMS and MIKE DRIGGERS, JR., and all matters that were or could have been asserted by each of them, and any and all claims by one party against the other, which shall have the effect of completely resolving all remaining disputes in this litigation. Each dismissed party shall bear its/his/her attorney's fees and case costs.

1  IT IS SO STIPULATED.

2

3

4  _____  Date: _____

   MIKE DRIGGERS, JR.
5

6
                                    Date: ___January 22, 2015___
7  _____
   RANDAL WILLIAMS
8

9  APPROVED AS TO FORM:

10 DATED: January _22, 2014            VENARDI ZURADA, LLP

11                                     By:    /s/ Martin Jacek Zurada
                                              Martin Jacek Zurada, Esq.
12
                                       Attorneys for Defendants
13                                     RANDAL WILLIAMS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

STIPULATION FOR REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1  IT IS SO STIPULATED.

4  [signature]
5  ———————————————                            Date: January 22, 2015
   MIKE DRIGGERS, JR.

7  ———————————————                            Date: ———————————
8  RANDAL WILLIAMS

9  APPROVED AS TO FORM:

11 DATED: January ____, 2014                  VENARDI ZURADA, LLP

12                                            By:    /s/ Martin Jacek Zurada
                                                     Martin Jacek Zurada, Esq.

13                                            Attorneys for Defendants
14                                            RANDAL WILLIAMS

---

3

STIPULATION FOR REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that a DISMISSAL WITH PREJUDICE is entered into on  02/13/15  , ~~2014~~ as to the complaints and claims, that were or could have been asserted, between MIKE DRIGGERS, JR. and RANDAL WILLIAMS. Each dismissed party shall bear its/his/her attorney's fees and case costs.

IT IS SO ORDERED.

Dated:  02/13/15

_[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]_

_____
Chief UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

4

STIPULATION FOR REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EADGEAR, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RANDAL WILLIAMS, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01186-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 2/13/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mike Driggers, Jr.
P.O. Box 2583
Martinez, CA 94553

Dated: 2/13/2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO